| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) BERZON, MARSHA S | 2. Court or Organization U.S.C.A. - NINTH CIRCUIT | 3. Date of Report 5/16/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGES - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 95 SEVENTH STREET P.O. BOX 193939 SAN FRANCISCO, CA 94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only, see pp. 9-13 of filing instructions)
☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS.  (Reporting individual only, see pp. 14-16 of filing instructions)
☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

FINANCIAL DISCLOSURE OFFICE

MAY 23 10 50 AM '05

RECEIVED

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| BERZON, MARSHA S | 5/16/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | SELF-EMPLOYED, ATTORNEY |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | DUKE UNIVERSITY | 2/12-2/15/04 - DURHAM, NORTH CAROLINA MOOT COURT (TRAVEL, LODGING, MEALS) |
| 2. | AMERICAN LAW INSTITUTE | 6/03-6/06/04 - PHILADELPHIA, PENNSYLVANIA PROFESSIONAL ASSOCIATION ACTIVITY (TRAVEL, LODGING, MEALS) |
| 3. | AMERICAN CONSTITUTION SOCIETY | 6/18-6/20/04 - WASHINGTON, DC PROFESSIONAL ASSOCIATION ACTIVITY (TRAVEL, LODGING, MEALS) |

**V. GIFTS.** (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. COCA-COLA COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. MATTEL INC. COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | B | |
| 4. PEPSICO COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. LSI LOGIC COMMON STOCK | | None | J | T | | | | | |
| 6. SOURCE INTERLINK COMPANY COMMON STOCK | | None | L | T | | | | | |
| 7. CORNING COMMON STOCK | | None | L | T | | | | | |
| 8. DREYFUS APPRECIATION FUND | A | Dividend | K | T | | | | | |
| 9. DREYFUS EMERGING LEADERS FUND | | None | L | T | | | | | |
| 10. DREYFUS PREMIER NEW LEADERS FUND | D | Dividend | M | T | | | | | |
| 11. RS MIDCAP OPPORTUNITIES FUND | | None | N | T | | | | | |
| 12. VAN WAGONER EMERGING GROWTH FUND | | None | K | T | | | | | |
| 13. VAN WAGONER SMALL CAP GROWTH FUND | | None | K | T | | | | | |
| 14. SCHWAB CALIFORNIA MUNI MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 15. SCHWAB CALIFORNIA MUNI MONEY FUND VALUE ADVANTAGE SHARES | B | Dividend | M | T | | | | | |
| 16. FIDELITY SPARTAN CALIFORNIA MUNI MONEY MARKET FUND | E | Dividend | P1 | T | | | | | |
| 17. AIM AGGRESSIVE GROWTH FUND CL A (PSP) | | None | K | T | | | | | |
| 18. AIM BLUE CHIP FUND CL A (PSP) | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AIM CHARTER FUND CL A (PSP) | A | Dividend | L | T | | | | | |
| 20. AIM CONSTELLATION FUND CL A (PSP) | | None | L | T | | | | | |
| 21. AIM PREMIER EQUITY FUND CL A (PSP) | A | Dividend | K | T | | | | | |
| 22. AIM WEINGARTEN FUND CL A (PSP) | | None | L | T | | | | | |
| 23. AMERICAN FUNDS WASH MUTUAL INV FUND CL A (IRA) | C | Dividend | M | T | | | | | |
| 24. AMERICAN FUNDS GROWTH FUND OF AMERICA-A (PSRP) | A | Dividend | K | T | | | | | |
| 25. AMERICAN FUNDS NEW ECONOMY FUND-A (PSRP) | A | Dividend | K | T | | | | | |
| 26. AMERICAN FUNDS NEW PERSPECTIVE FUND-A (PSRP) | A | Dividend | K | T | | | | | |
| 27. AMERICAN FUNDS FUNDAMENTAL INVESTORS-A (PSRP) | A | Dividend | K | T | | | | | |
| 28. AMERICAN FUNDS INVEST CO OF AMERICA-A (PSRP) | A | Dividend | J | T | | | | | |
| 29. AMERICAN FUNDS WASH MUTUAL INV FUND -A (PSRP) | B | Dividend | K | T | | | | | |
| 30. AMERICAN FUNDS CASH MGMT TR OF AMERICA-A (PSRP) | A | Dividend | L | T | | | | | |
| 31. AMERICAN FUNDS EUROPACIFIC GROWTH FUND-A (IRA R/O) | B | Dividend | M | T | | | | | |
| 32. AMERICAN FUNDS NEW PERSPECTIVE FUND-A (IR R/O) | A | Dividend | J | T | | | | | |
| 33. AMERICAN FUNDS FUNDAMENTAL INVESTORS-A (IRA R/O) | A | Dividend | K | T | | | | | |
| 34. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA-A (IRA R/O) | E | Dividend | O | T | | | | | |
| 35. AMERICAN FUNDS CASH MANAGEMENT TRUST OF AMERICA-A (IRA R/O) | A | Dividend | K | T | | | | | |
| 36. SPOUSE'S CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP #1 | D | Interest | J | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000, P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
   (See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. TRUST # 1 | | | O | T | *2 | | | | |
| 38. -STOCKS(OVER $1,000 LISTED BELOW) | B | Dividend | | | | | | | |
| 39. -VODAFONE GROUP PLC NEW COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 40. -NSTAR COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 41. -SBC COMMUNICATIONS, INC. COMMON | | | | | DISTRIBUTED | 2/10 | K | | *2 |
| 42. -WACHOVIA CORP COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 43. -VERIZON COMMUNICATIONS COMMON | | | | | DISTRIBUTED | 2/10 | K | | *2 |
| 44. -BELLSOUTH CORPORATION COMMON | | | | | DISTRIBUTED | 2/10 | K | | *2 |
| 45. -GENERAL MOTORS CORPORATION COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 46. -FIRSTENERGY CORPORATION COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 47. -PUBLIC SERVICE ENTER. GRP COMMON | | | | | DISTRIBUTED | 2/10 | K | | *2 |
| 48. -KEYSPAN CORP COMMON | | | | | DISTRIBUTED | 2/10 | K | | *2 |
| 49. -QWEST COMMUNICATIONS INTL INC. COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 50. -SALOMON BROTHERS FUND | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 51. -AT&T WIRELESS SERVICES INC COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 52. -LUCENT TECHNOLOGIES INC. COMMON | | | | | DISTRIBUTED | 2/10 | J | | *2 |
| 53. -COMCAST CORP NEW COMMON | | | | | DISTRIBUTED | 4/12 | J | | *2 |
| 54. -AT & T CORP COMMON | | | | | DISTRIBUTE | 4/12 | J | | *2 |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BERZON, MARSHA S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | –BANK ACCOUNTS AND BONDS (OVER $5,000 LISTED BELOW) | E | Interest | | | | | | | |
| 56. | –BANK OF AMERICA STANDARD CHECKING | | | | | | | | | |
| 57. | –BANK OF AMERICA INVESTMENT CD | | | | | | | | | |
| 58. | –AMTRUST BANK CD (1 OF 3) | | | | | CLOSED | 1/27 | K | | |
| 59. | –AMTRUST BANK CD (2 OF 3) | | | | | CLOSED | 1/27 | K | | |
| 60. | –AMTRUST BANK CD (3 OF 3) | | | | | CLOSED | 2/13 | K | | |
| 61. | –BANKUNITED 2 CDs | | | | | | | | | |
| 62. | –WACHOVIA CD | | | | | CLOSED | | | | *4 |
| 63. | –WASHINGTON MUTUAL CD | | | | | | | | | |
| 64. | –WORLD SAVINGS CD | | | | | | | | | |
| 65. | –U.S. SAVINGS BONDS | | | | | | | | | |
| 66. | COMCAST CORP NEW CL A COMMON STOCK | | None | J | T | RCVD DISTRIB | 4/12 | J | | *2 |
| 67. | LUCENT TECHONOLOGIES COMMON STOCK | | None | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 68. | BELLSOUTH CORPORATION COMMON STOCK | A | Dividend | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 69. | KEYSPAN CORPORATION COMMON STOCK | A | Dividend | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 70. | NSTAR COMMON STOCK | A | Dividend | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 71. | PUBLIC SVC ENT GROUP INC. COMMON STOCK | A | Dividend | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 72. | SBC COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | RCVD DISTRIB | 2/10 | K | | *2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001-$100,000 | B =$1,001-$2,500 G =$100,001-$1,000,000 | C =$2,501-$5,000 H1 =$1,000,001-$5,000,000 | D =$5,001-$15,000 H2 =More than $5,000,000 | E =$15,001-$50,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,000-$500,000 P3 =$25,000,001-$50,000,000 | K =$15,001-$50,000 O =$500,001-$1,000,000 | L =$50,001-$100,000 P1 =$1,000,001-$5,000,000 P4 =$More than $50,000,000 | M =$100,001-$250,000 P2 =$5,000,001-$25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash/Market | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BERZON, MARSHA S | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. VERIZON COMMUNICATIONS COMMON STOC | A | Dividend | K | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 74. VODAPHONE GROUP PLC ADR F COMMON TOCK | A | Dividend | J | T | RCVD DISTRIB | 2/10 | J | | *2 |
| 75. AT & T CORP NEW COMMON STOCK | A | Dividend | | | RCVD DISTRIB | 4/12 | | | *2 |
| 76. AT & T CORP NEW COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | A | *3 |
| 77. AT & T WIRELESS SVCS COMMON STOCK | | None | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 78. AT & WIRELESS SVCS COMMON STOCK | | None | | | SELL | 10/27 | J | B | *3 |
| 79. FIRST ENERGY CORP COMMON STOCK | A | Dividend | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 80. FIRST ENERGY CORP COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | A | *3 |
| 81. GENERAL MOTORS CORP COMMON STOCK | A | Dividend | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 82. GENERAL MOTORS CORP COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | A | *3 |
| 83. QWEST COMMUNS INTL INC COMMON | | None | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 84. QWEST COMMUNS INTL INC COMMON STOCK | | None | | | SELL | 12/22 | J | A | *3 |
| 85. SALOMON BROTHERS FD INC COMMON STOCK | A | Dividend | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 86. SALOMON BROTHERS FD INC COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | A | *3 |
| 87. WACHOVIA CORP NEW COMMON STOCK | A | Dividend | | | RCVD DISTRIB | 2/10 | J | | *2 |
| 88. WACHOVIA CORP NEW COMMON STOCK | A | Dividend | | | SELL | 12/22 | J | A | *3 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | Q = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*1 THE ████ EARNINGS FROM THE LAW FIRM HAVE BEEN APPROPRIATELY DISCLOSED IN PART III OF PAST REPORTS AND THE CURRENT YEAR REPORT. THE EARNINGS REPORTED IN PART VII REPRESENT ONLY THE ████ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

*2 UPON THE DEATH OF THE FILER'S ████ ON 04/26/03, FILER'S ████ BECAME THE SUCCESSOR CO-TRUSTEE OF THE LIVING TRUST. FILER'S ████ HAS AN INCOME AND REMAINDER INTEREST IN THE TRUST. IN 2004, ALL STOCKS HELD BY THE LIVING TRUST WERE DISTRIBUTED TO THE REMAINDER BENEFICIARIES, ONE-HALF TO FILER'S ████ AND ONE-HALF TO ████. FILER'S ████ DEPOSITED ALL RECEIVED DISTRIBUTIONS OF STOCK INTO THE ████ TRUST ACCOUNT PREVIOUSLY ESTABLISHED WITH THE FILER.

*3 DISTRIBUTION OF VARIOUS STOCK RECEIVED FROM THE LIVING TRUST ACCOUNT AND SOLD WITHIN THE YEAR THROUGH THE ████ TRUST BROKERAGE ACCOUNT. PROCEEDS INVESTED IN CA MUNI MONEY MARKET FUND.

*4 WACHOVIA CHECKING, SAVINGS AND CD WERE ALL PROPERLY REPORTED AS CLOSED IN 2003. PRIOR YEAR REPORT LISTED, IN ERROR, AN ADDITIONAL WACHOVIA CD AS A TRUST ASSET AT YEAR END.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 16, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544